UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Hector T., | Case No. 26-CV-01430 (JMB/EMB) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| Pamela Jo Bondi, Kristi Noem, Todd Lyons, David Easterwood, Miguel Vergara, and Warden, | |
| Defendants. | |

This matter is before the Court on Plaintiff Hector T.'s and Defendants Pamela Jo Bondi's, Kristi Noem's, Todd Lyons's, David Easterwood's, Miguel Vergara's, and Warden's Joint Stipulation for Dismissal. (Doc. No. 9.) Plaintiff wishes to dismiss their Petition (Doc. No. 1) under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Therefore, IT IS HEREBY ORDERED that the Petition (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE, and each party shall bear their own costs and attorneys' fees.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: February 23, 2026

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court