# UNITED STATES DISTRICT COURT
## District of Minnesota

Hector Javier Tigasi Cuchipe,

Petitioner,

v.

Pamela Jo Bondi, Kristi Noem, Todd Lyons,
David Easterwood, Miguel Vergara, Warden,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-1430 JMB/EMB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Petition (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE, and each party shall bear their own costs and attorneys' fees.

Date: 2/23/2026

KATE M. FOGARTY, CLERK